# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**HOWARD JONES, ADC #76111**                                               **PLAINTIFF**

**V.**                  **CASE NO. 5:12CV00107-JMM-BD**

**AMY WEST and**
**JUDITH MARIE SAVOY**                                                 **DEFENDANTS**

### ORDER

On March 22, 2012, Plaintiff Howard Jones, an Arkansas Department of Correction ("ADC") inmate, filed this case *pro se* under 42 U.S.C. § 1983. (Docket entry #1) Mr. Jones moved to proceed *in forma pauperis*, but the Court denied that request based on his litigation history. (#3) Barring an exception, Mr. Jones is not eligible to proceed *in forma paueperis* because three of his prior lawsuits were dismissed for failure to state a claim. 28 U.S.C. § 1915(g). The Court instructed Mr. Jones to pay the statutory filing fee within thirty days to proceed with this lawsuit. Mr. Jones was warned that failure to comply with the Court's Order could result in dismissal of this case. Mr. Jones filed a response to this Court's order, but has not paid the filing fee.

Accordingly, Mr. Jones's claims are DISMISSED, without prejudice, for failure to comply with the Court's March 27, 2012 Order. See Local Rule 5.5(c)(2).

IT IS SO ORDERED this 3rd day of May, 2012.

_____
UNITED STATES DISTRICT JUDGE