# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**HOWARD JONES, ADC #76111**                  **PLAINTIFF**

**V.**          **CASE NO. 5:12CV00107-JMM-BD**

**AMY WEST and**
**JUDITH MARIE SAVOY**                **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 3rd day of May, 2012.

_____
UNITED STATES DISTRICT JUDGE